Concetta Baucher, Respondent, v. Joseph Stewart and Margaret S. Stewart, Appellants.— Motion to resettle order granted, without costs. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

William J. Braffett, Respondent, v. Brooklyn, Queens County and Suburban Railroad Company, Appellant.— Motion for leave to appeal to the Court of Appeals granted. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

Anthony Clinchy, Appellant, v. Daniel D. Brown and Another, Respondents.— Motion denied, with ten dollars costs. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

Vincenzo Dagostino, Respondent, v. Leonard Moody Real Estate Company, Appellant.— Motion denied, with ten dollars costs. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

Kate Dangler, Respondent, v. Morris Dangler, Appellant.— Motion denied, on condition that the defendant pay ten dollars costs, perfect his appeal within five days, place the same upon the calendar of this court and be ready for argument when reached; otherwise motion granted, with ten dollars costs. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

Jacob B. Greenspan, Respondent, v. Royal Lace Paper Works and Others, Appellants.— Motion denied, on condition that the appellants pay ten dollars costs, perfect their appeal, place the same on the calendar of the next term of this court and be ready for argument when reached; otherwise motion granted, with costs. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

R. O. Hagadone, Respondent, v. Normoyle & Quailey, Incorporated, Appellant.— Motion denied, without costs. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

Hermann & Grace, Plaintiff, v. The City of New York and Others, Defendants. American Radiator Company and Others, Appellants; Oliver C. Semple, as Receiver, etc., Respondent.— Motion to resettle order granted, without costs. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

Aurora Holm, as Administratrix, etc., of Theodore Holm, Deceased, Respondent, v. Empire Hardware Company, Appellant.— Motion to resettle order denied, without costs. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

In the Matter of the Application of William P. Brown and Others for the Removal from Office of Charles F. Storms, President of the Village of Dobbs Ferry, and John H. Hill, Trustee of the Village of Dobbs Ferry.— Report of referee confirmed upon his opinion, and proceedings dismissed, with costs. The fees of the referee are fixed at the sum of $300. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

In the Matter of the Application of Dora Friedman, as Administratrix, etc., of Harris Friedman, Deceased, for an Order Directing Thomas J. O'Neill, an Attorney, to Turn over Certain Moneys to Said Administratrix.— Motion denied, without costs. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

In the Matter of Benjamin Frindel, an Attorney.— Order of reference to Francis L. Archer, Esq., to take proof and report the same to this court with his opinion thereon, and Edward A. Freshman, of the Bar Association, is designated to act herein. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.